BR    CO    █████
ME    J2F    █████

**The DVIRC Institute for Manufacturin**

**The DVIRC Institute**
4609 South Broad Street
Quarters M-4
Philadelphia, PA, 19112

| Earnings Summary | Hours worked: 75.00 | |
|---|---|---|
| Gross Pay | Taxes & Deductions | Net Pay |
| **$1,824.75** | **$688.81** | **$1,135.94** |
| $11,388.50 YTD | | $7,042.69 YTD |

## Earnings

| Earnings | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | 24.3300 | 75.0000 | 1,824.75 | 10,948.50 |
| Perfmc Bonus | | | | 440.00 |

### Payment Method

| | |
|---|---|
| Checking Account ****3128 | 300.00 |
| Checking Account ****4569 | 835.94 |

| Important Information | Help? Call HR/PR 215-464-8550 |
|---|---|
| * Excluded from federal wages. Federal taxable wages this period are:**$1,588.01** | |

## Earnings Statement

Page 1 of 1

| | |
|---|---|
| Pay Period: | 03/14/2026 - 03/27/2026 |
| Pay Date: | 03/27/2026 |
| Basis Of Pay: | Hourly (Bi Weekly) |
| Employee ID: | ████ |

**GIBSON, SERVERNA**
7511 WOOLSTON AVENUE
PHILADELPHIA, PA, 19150

| Taxes & Deductions | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$378.22** | **$2,303.28** |
| Federal Income Tax | 126.72 | 760.32 |
| Social Security | 105.25 | 658.75 |
| Medicare | 24.61 | 154.06 |
| Pennsylvania Income Tax | 52.11 | 312.66 |
| Philadelphia City R | 68.25 | 409.50 |
| Pennsylvania SUI | 1.28 | 7.99 |
| **Benefits** | **$236.74** | **$1,446.84** |
| 403(b)* | 109.48 | 683.28 |
| Health FSA* | 30.00 | 180.00 |
| Medical* | 97.26 | 583.56 |
| **Others** | **$73.85** | **$595.69** |
| 403(b) Loan | 73.85 | 443.10 |
| 403(b) Loan | -- | 152.59 |

©2023 ADP INC.

| | |
|---|---|
| Advice Number: | 0000000238 |
| Advice Date: | 03/27/2026 |

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID *******

BR CO
ME J2F ▉

### The DVIRC Institute for Manufacturin

The DVIRC Institute
4609 South Broad Street
Quarters M-4
Philadelphia, PA, 19112

| | |
|---|---|
| Pay Period: | 03/28/2026 - 04/10/2026 |
| Pay Date: | 04/10/2026 |
| Basis Of Pay: | Hourly (Bi Weekly) |
| Employee ID: | ▉ |

**Earnings Summary** | **Hours worked: 75.00**

| Gross Pay | Taxes & Deductions | Net Pay |
|---|---|---|
| **$1,824.75** | **$688.81** | **$1,135.94** |
| $13,213.25 YTD | | $8,178.63 YTD |

**GIBSON, SERVERNA**
7511 WOOLSTON AVENUE
PHILADELPHIA, PA, 19150

### Earnings

| | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | 24.3300 | 75.0000 | 1,824.75 | 12,773.25 |
| Perfmc Bonus | | | | 440.00 |

### Payment Method

| | |
|---|---|
| Checking Account ****3128 | 300.00 |
| Checking Account ****4569 | 835.94 |

**Important Information** | **Help? Call HR/PR 215-464-8550**

\* Excluded from federal wages.
Federal taxable wages this period are:**$1,588.01**

### Taxes & Deductions

| | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$378.22** | **$2,681.50** |
| Federal Income Tax | 126.72 | 887.04 |
| Social Security | 105.24 | 763.99 |
| Medicare | 24.62 | 178.68 |
| Pennsylvania Income Tax | 52.11 | 364.77 |
| Philadelphia City R | 68.25 | 477.75 |
| Pennsylvania SUI | 1.28 | 9.27 |
| **Benefits** | **$236.74** | **$1,683.58** |
| 403(b)* | 109.48 | 792.76 |
| Health FSA* | 30.00 | 210.00 |
| Medical* | 97.26 | 680.82 |
| **Others** | **$73.85** | **$669.54** |
| 403(b) Loan | 73.85 | 516.95 |
| 403(b) Loan | -- | 152.59 |

©2023 ADP INC.

| | |
|---|---|
| Advice Number: | 0000000264 |
| Advice Date: | 04/10/2026 |

*******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID ********

BR  CO
ME  J2F

**The DVIRC Institute for Manufacturin**
**The DVIRC Institute**
4609 South Broad Street
Quarters M-4
Philadelphia, PA, 19112

## Earnings Statement

Page 1 of 1

| | |
|---|---|
| Pay Period: | 04/11/2026 - 04/24/2026 |
| Pay Date: | 04/24/2026 |
| Basis Of Pay: | Hourly (Bi Weekly) |
| Employee ID: | |

**GIBSON, SERVERNA**
7511 WOOLSTON AVENUE
PHILADELPHIA, PA, 19150

| Earnings Summary | Hours worked: 75.00 | |
|---|---|---|
| Gross Pay | Taxes & Deductions | Net Pay |
| **$1,824.75** | **$688.81** | **$1,135.94** |
| $15,038.00 YTD | | $9,314.57 YTD |

### Earnings

| | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | 24.3300 | 75.0000 | 1,824.75 | 14,598.00 |
| Perfmc Bonus | | | | 440.00 |

**Payment Method**

| | |
|---|---|
| Checking Account ****3128 | 300.00 |
| Checking Account ****4569 | 835.94 |

| Important Information | Help? Call HR/PR 215-464-8550 |
|---|---|
| * Excluded from federal wages. Federal taxable wages this period are:**$1,588.01** | |

### Taxes & Deductions

| | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$378.22** | **$3,059.72** |
| Federal Income Tax | 126.72 | 1,013.76 |
| Social Security | 105.25 | 869.24 |
| Medicare | 24.61 | 203.29 |
| Pennsylvania Income Tax | 52.11 | 416.88 |
| Philadelphia City R | 68.25 | 546.00 |
| Pennsylvania SUI | 1.28 | 10.55 |
| **Benefits** | **$236.74** | **$1,920.32** |
| 403(b)* | 109.48 | 902.24 |
| Health FSA* | 30.00 | 240.00 |
| Medical* | 97.26 | 778.08 |
| **Others** | **$73.85** | **$743.39** |
| 403(b) Loan | 73.85 | 590.80 |
| 403(b) Loan | -- | 152.59 |

©2023 ADP INC.

| | |
|---|---|
| Advice Number: | 0000000302 |
| Advice Date: | 04/24/2026 |

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID *******

BR    CO
ME    J2F

## The DVIRC Institute for Manufacturin

**The DVIRC Institute**
4609 South Broad Street
Quarters M-4
Philadelphia, PA, 19112

| | |
|---|---|
| Pay Period: | 04/25/2026 - 05/08/2026 |
| Pay Date: | 05/08/2026 |
| Basis Of Pay: | Hourly (Bi Weekly) |
| Employee ID: | |

| Earnings Summary | Hours worked: 75.00 | |
|---|---|---|
| Gross Pay | Taxes & Deductions | Net Pay |
| **$1,824.75** | **$688.80** | **$1,135.95** |
| $16,862.75 YTD | | $10,450.52 YTD |

**GIBSON, SERVERNA**
7511 WOOLSTON AVENUE
PHILADELPHIA, PA, 19150

### Earnings

| Earnings | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | 24.3300 | 75.0000 | 1,824.75 | 16,422.75 |
| Perfmc Bonus | | | | 440.00 |

### Payment Method

| | |
|---|---|
| Checking Account ****3128 | 300.00 |
| Checking Account ****4569 | 835.95 |

| Important Information | Help? Call HR/PR 215-464-8550 |
|---|---|
| * Excluded from federal wages.<br>Federal taxable wages this period are:**$1,588.01** | |

### Taxes & Deductions

| Taxes & Deductions | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$378.21** | **$3,437.93** |
| Federal Income Tax | 126.72 | 1,140.48 |
| Social Security | 105.24 | 974.48 |
| Medicare | 24.61 | 227.90 |
| Pennsylvania Income Tax | 52.11 | 468.99 |
| Philadelphia City R | 68.25 | 614.25 |
| Pennsylvania SUI | 1.28 | 11.83 |
| **Benefits** | **$236.74** | **$2,157.06** |
| 403(b)* | 109.48 | 1,011.72 |
| Health FSA* | 30.00 | 270.00 |
| Medical* | 97.26 | 875.34 |
| **Others** | **$73.85** | **$817.24** |
| 403(b) Loan | 73.85 | 664.65 |
| 403(b) Loan | -- | 152.59 |

©2023 ADP INC.

| | |
|---|---|
| Advice Number: | 0000000368 |
| Advice Date: | 05/08/2026 |

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID *******