## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Serverna Gibson, | Case No. 26-12124-AMC |
| | Chapter 13 |
| *Debtor*. | |

### CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on August 6, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Notice of Rescheduled 341 Meeting

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 6, 2026

/s/ *Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service – CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

**Rocket Mortgage, LLC**
Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741

## Method of Service - First Class Mail

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Cws/cw Nexus**
P.O. Box 9201
Old Bethpage, NY 11804

**Discovercard**
P.O. Box 30939
Salt Lake City, UT 84130

**LVNV Funding/Resurgent Capital**
Resurgent Correspondence
Attn: Bankruptcy
P.O Box 1269
G.reenville, SC 29602

**Midland Credit Mgmt**
Attn: Bankruptcy
P.O. Box 939069
San Diego, CA 92193

**Mohela/dofed**
P.O. Box 300001
Greenville, TX 75403

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Portfolio Recovery Associates, LLC**
Attn: Bankruptcy
P.O. Box 41067
Norfolk, VA 23541-1067

**T Mobile/T-Mobile USA Inc**
c/o AIS InfoSource
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Toyota Financial Services**
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025-9001

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617