Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Serverna Gibson
7511 Woolston Ave
Philadelphia, PA 19150-2611

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-12124-AMC**

Petition Filed Date: 05/14/2026
341 Hearing Date: 06/12/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/16/2026 | $340.00 | | 06/30/2026 | $340.00 | | 07/14/2026 | $340.00 | |
| 07/28/2026 | $340.00 | | | | | | | |

**Total Receipts for the Period: $1,360.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $2,048.16**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $10,550.98 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,307.49 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $562.25 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $887.66 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $756.47 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $378.91 | $0.00 | $0.00 |
| 7 | MERRICK BANK<br>»» 007 | Unsecured Creditors | $839.02 | $0.00 | $0.00 |
| 8 | ROCKET MORTGAGE LLC<br>»» 008 | Mortgage Arrears | $1,814.51 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $5,269.05 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $3,592.11 | $0.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $1,037.35 | $0.00 | $0.00 |
| 12 | MIDLAND CREDIT MANAGEMENT INC<br>»» 012 | Unsecured Creditors | $2,174.52 | $0.00 | $0.00 |
| 13 | PHILADELPHIA GAS WORKS<br>»» 013 | Unsecured Creditors | $472.61 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-12124-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | VERIZON BY AIS INFOSOURCE LP AS AGENT<br>»» 014 | Unsecured Creditors | $144.18 | $0.00 | $0.00 |
| 15 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 015 | Secured Creditors | $727.58 | $0.00 | $0.00 |
| 16 | AIDVANTAGE on behalf of DEPT OF ED<br>»» 016 | Unsecured Creditors | $140,848.92 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,048.16 | Current Monthly Payment: | $748.00 |
| Paid to Claims: | $0.00 | Arrearages: | $59.84 |
| Paid to Trustee: | $157.70 | Total Plan Base: | $35,768.00 |
| Funds on Hand: | $1,890.46 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.